# Jamie Jacks

| | |
|---|---|
| **From:** | McNeil, Chris [chris.mcneil@siemens.com] |
| **Sent:** | Wednesday, May 16, 2012 11:27 PM |
| **To:** | Jamie Jacks |
| **Cc:** | John Lindsey; Billy Nowell; Ardillo, Anthony; Melissa Lott |
| **Subject:** | RE: MDA Review Letter for Siemens Contract |
| **Attachments:** | Cleveland Rates.pdf; Cleveland Ops Savings.pdf |


Cleveland Rates.pdf (46 KB)


Cleveland Ops Savings.pdf (27 ...

Jamie,

I appreciate the comments. I took Keith off the reply because some of the below items have to do with Keith's contract and there is the potential for conflict between the two companies since doing this project will require him to reduce his contract amount to the city since it will not be required for him to provide all of the services that he previously provided to the city.

Item #2 - I will get you a copy of the signed contract but attached is the rate schedule that is in the contract. This was the rate schedule that was given to us at the beginning of development of the project and the current rates that are in place for the City.

Item #5 - 3 days is the industry norm. This system isn't too complicated so it typically takes less than that however if more training is needed we don't mind it and all and the training will be held at you guys site.

Item #6 - These have been considered which is why we did not claim all of the cost that ST is charging you guys for meter reading and maintenance services. We only claimed a portion of it. This was a point of contention when we started looking at this portion and Keith has financial interest in this. This a fixed based system and will no longer need meter readers to manual read the meters. As soon as we mentioned that ST's contract should be reduced is the point when Keith raised issue. I talked with John, Billy, and Gary Gainspoletti about this. In every city that does these projects they either cancel their meter reading contracts all together or they let go the employees that are performing this if they hired directly by the city. I don't know if Keith would be the best person to talk with since his contract will be reduced after this project goes into effect.

Item #7 - This is strictly referring to if the city does not host the meter software on you guys servers. The city has the option to allow a third party to host this but I rarely see a city that does. If the city will allow us to host the software on you guys system then there is no charge.

Item #10 - Since this is a water meter job only this does not apply. This was standard contract language that is used in national templates. If you would like to delete this from Exhibit C we can b/c it is not relative. All our data is pulled straight from you guys billing system software.

Items #11 & #12 - This again is an issue related to ST. When we do this system the city will no longer need someone to read the meters manually. ST currently claims over 60k per year just in meter reading services. As per the attachment we included only 20k of this # which is in my opinion a low figure considering the amount of services they will no longer be providing to the city. This leaves ample money for him do maintenance that is required. I discussed this in detail with John and Gary Gainspoletti before we brought this before the board and it was agreeable that this amount was justifiable and the city should seek a reduction.

Chris

-----Original Message-----

1

EXHIBIT 4 - EMAIL CORRESPONDENCE    1

```
From: Jamie Jacks [mailto:jjacks@jacksadamsnorquist.com]
Sent: Wednesday, May 16, 2012 2:04 PM
To: McNeil, Chris
Cc: John Lindsey; Billy Nowell; Ardillo, Anthony; kchristopher@hughes.net; Melissa Lott
Subject: RE: MDA Review Letter for Siemens Contract
```

All,

I met with Keith Christopher today to review some of the MDA's questions. Here were some of our thoughts from the meeting:

Item 2 - the rate schedule that we saw (in the last contract emailed to me) looks a little unclear. I think I have the last version of the contract, but still need a signed copy - perhaps the schedule attached to the signed copy if better. Can you all send me a signed copy?

Item 5 - this inquiry deals with training. The contract says we get 3 days of training free and anything else the City pays for. Do you all anticipate the City needing more than 3 days of training? How much would an extra day of training cost? Is all training on site?

Item 6 - deals with maintenance cost. Keith believes that the system will need some maintenance in the sense of a person dedicated to trouble shooting problems at the meter site. We are a little concerned about the Board thinking that this was maintenance free. Perhaps this was discussed. Just something we need to talk about.

Item 7 - deals with an annual fee to the manufacturer for data hosting. What is this fee and how much will it be?

Item 10 - inquires about the possible need for telephone data access through Siemens software. Is this an item the City will need? If so, what would be the annual cost?

Items 11 and 12 - deal with operational savings. How did Siemens project its $51k operational savings?

Thanks so much for your help with this.

Sincerely,
Jamie Ferguson Jacks
Jacks, Adams & Norquist, P.A.
150 North Sharpe Avenue
Cleveland, MS 38732
662.843-6171
662.843.6176 (fax)

The information contained within this e-mail, and the files transmitted with it, are confidential and may be privileged, and is intended solely for those persons to whom this message is addressed. If you are not the intended recipient, please disregard this message and any attachments thereto, immediately and do not circulate this message to any other person. If you believe you have received this e-mail in error, please notify the sender at the information above.

```
-----Original Message-----
From: McNeil, Chris [mailto:chris.mcneil@siemens.com]
Sent: Tuesday, April 24, 2012 5:52 PM
To: Jamie Jacks
Cc: John Lindsey; Billy Nowell; Ardillo, Anthony
Subject: RE: MDA Review Letter for Siemens Contract
```

Here ya go. If you are fine with these you will just need to put this on the city's letter head and send back to Mr. Spears. After you have a chance to review just give me a call if you have any questions or if you want to do a conf call to talk through them. These are the standard questions they ask on every water meter job in the state so there are really no issues to address. Good to know we basically had a flawless review.

Chris

-----Original Message-----

EXHIBIT 4 - EMAIL CORRESPONDENCE    2